UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search Regarding: | No. __4:25-mj-62_____ |
| 25-062-04 | **REDACTED APPLICATION FOR SEARCH AND SEIZURE WARRANT** |

I, Tyler Little Finger, being duly sworn depose and say:

I am a Special Agent with the Bureau of Indian Affairs – Office of Justice Services, and have reason to believe that on the property or premises as fully described in Attachment A, attached hereto and incorporated herein by reference, there is now concealed certain property, namely: that which is fully described in Attachment B, attached hereto and incorporated herein by reference, which I believe is property constituting evidence of the commission of criminal offenses, contraband, the fruits of crime, or things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing criminal offenses, concerning violations of ████████ ████████████████████████████████████████████.

The facts to support a finding of Probable Cause are contained in my Affidavit filed herewith.

_____
Tyler Little Finger, Special Agent
Bureau of Indian Affairs
Office of Justice Services

Subscribed and sworn to before me, telephonically, on the __14th__ day of March, 2025, at Sioux Falls, South Dakota.

_____
VERONICA L. DUFFY
United States Magistrate Judge

1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:    No. _____4:25-mj-62_____

25-062-04                                 **REDACTED SEARCH
                                          AND SEIZURE WARRANT**

TO:    ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the following property more fully described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal evidence of violations of ███████████████████████████████████ ████████████████████████████████████████████████████████████, which is more fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before
____March 28, 2025_____ (not to exceed 14 days)
☒ in the daytime – 6:00 a.m. to 10:00 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

☐    Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized,
☐ for _____ days *(not to exceed 30).*

☐    until, the facts justifying, the later specific date of _____.

1

March 14, 2025 at 10:15 a.m. CDT    at Sioux Falls, South Dakota
_____
Date and Time Issued Telephonically

_____
VERONICA L. DUFFY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

_____

In the Matter of the Search Regarding:        No. ___4:25-mj-62_____

25-062-04                                      **REDACTED RETURN**

_____

Date and time warrant executed: _____

Copy of warrant and inventory left with: _____

Inventory made in the presence of: _____

Inventory of the property taken and name of any person(s) seized (attach additional
sheets, if necessary):

| **CERTIFICATION** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> _____ <br> Tyler Little Finger, Special Agent <br> Bureau of Indian Affairs <br> Office of Justice Services |

1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding:

25-062-04

No.:     4:25-mj-62

**REDACTED ATTACHMENT A**

### Property to Be Searched

This warrant applies to the contents of information associated with the Meta Platforms, Inc. (Instagram) accounts of ███████████████████ that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., an electronic communications service and/or remote computing service provider headquartered at 1601 Willow Road, Menlo Park, California, 94025.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

_____

In the Matter of a Search Regarding:        No.:    4:25-mj-62

25-062-04                                   **REDACTED ATTACHMENT B**

_____

**Particular Things to be Seized**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms Inc. including any messages, records, files, logs, or information that have been deleted but are still available to Meta Platforms, Inc, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta Platforms Inc., is required to disclose the following information to the government for each account or identifier listed in Attachment A: ██████████████████████████████████:



3



## I.    Information to be seized by the government

All information described above in Section I constitutes fruits, contraband, evidence or instrumentalities of violations of ██████████████████████ ████████████████████████████████████████████████████ ████████████████████████ ████████████████████████████████████ ████████████████████████████ .

## II.    Method of Delivery

Items seized pursuant to this search warrant can be served by sending, on any digital media device, to the Special Agent designated on the fax cover sheet located at the address 2026 Samco Rd. Ste. 103, Rapid City, SD 57702 using the US Postal Service or another courier service or electronic means notwithstanding ████████████████████████ .

4

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of a Search Regarding: | No.: ___4:25-mj-62___ |
| 25-062-04 | **REDACTED AFFIDAVIT IN SUPPORT OF SEARCH WARRANT** |

STATE OF SOUTH DAKOTA    )
                                  ):SS
COUNTY OF PENNINGTON    )

      I, Bureau of Indian Affairs – Office of Justice Services Special Agent Tyler Little Finger, being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

      1.    I make this affidavit in support of an application for a search warrant for **the Meta Platforms, Inc. (Instagram) accounts of** ███████ ███████████ that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), an electronic communications service and/or remote computing service provider headquartered in Menlo Park, California 94025.

      2.    The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Instagram to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section

1

I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3. I am employed as a Special Agent with the Bureau of Indian Affairs-Office of Justice Services (BIA-OJS) and have been so employed since December 2022. I am currently assigned to the Missing and Murdered Unit in Rapid City, South Dakota. I received training at the Criminal Investigations Training Program from the Federal Law Enforcement Training Center in all matters related to criminal investigations, including but not limited to: evidence collection, search and arrest warrants, and criminal procedures. As a Federal Agent, ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████.

4. The facts and information contained in this Affidavit are based upon my personal observations and investigation, my training and experience, and information obtained from other law enforcement officers and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this

2

matter. I have not included each and every fact obtained pursuant to this investigation but have set forth those facts that I believe are essential to establish the necessary probable cause for the issuance of the search warrant.

5.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to search the information described in Attachment A for the items described in Attachment B, including fruits, instrumentalities, contraband, and evidence of the offense of the offenses of ███████████████████████████████████████████████ ██████████████████████.

**PROBABLE CAUSE**

6.    ███████████████████████████████ ███████████████████████████████████ ███████████████████████████████████.

7.    ███████████████████████████████ ███████████████████████████.

8.    ███████████████████████████████ █████████████████████████:

**Suspect:**

██████████████████
███████████████████████
██████████████████████████████
█████████████████
██████████████████████
████████████████████████████████████

3

**<u>Recipient</u>**:



9. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████.

10. ██████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████.

11. ██████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████.

12. ██████████████████████████████████████████
███████████████████████████████████████████████
███████████:

4

13.   ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████.

14.   ███████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████.

15.   ███████████████████████████████████████████████

████████:



16. ██████████████████████████████████████████████████████
███████████████████████████.

17. ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████.



18. ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████:

6





[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

19.    Based on the following, I believe that the user of the Target Accounts, likely displays characteristics common to individuals who access with intent to ██████████████████████████████████████████████████.

## BACKGROUND CONCERNING INSTAGRAM[1]

20.    Instagram is a service owned by Meta, a United States company and a provider of an electronic communications service as defined by 18 U.S.C. §§ 3127(1) and 2510. Specifically, Instagram is a free-access social networking service, accessible through its website and its mobile application, that allows subscribers to acquire and use Instagram accounts, like the target account(s) listed in Attachment A, through which users can share messages, multimedia, and other information with other Instagram users and the general public.

---

[1] The information in this section is based on information published by Meta on its Instagram website, including, but not limited to, the following webpages: "Privacy Policy," https://privacycenter.instagram.com/policy/; "Information for Law Enforcement," https://help.instagram.com/494561080557017; and "Help Center," https://help.instagram.com.

21.    Meta collects basic contact and personal identifying information from users during the Instagram registration process. This information, which can later be changed by the user, may include the user's full name, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, credit card or bank account number, and other personal identifiers. Meta keeps records of changes made to this information.

22.    Meta also collects and retains information about how each user accesses and uses Instagram. This includes information about the Internet Protocol ("IP") addresses used to create and use an account, unique identifiers and other information about devices and web browsers used to access an account, and session times and durations.

23.    Each Instagram account is identified by a unique username chosen by the user. Users can change their usernames whenever they choose but no two users can have the same usernames at the same time. Instagram users can create multiple accounts and, if "added" to the primary account, can switch between the associated accounts on a device without having to repeatedly log-in and log-out.

24.    Instagram users can also connect their Instagram and Facebook accounts to utilize certain cross-platform features, and multiple Instagram accounts can be connected to a single Facebook account. Instagram accounts can also be connected to certain third-party websites and mobile apps for similar functionality. For example, an Instagram user can "tweet" an image uploaded to

9

Instagram to a connected Twitter account or post it to a connected Facebook account, or transfer an image from Instagram to a connected image printing service. Meta maintains records of changed Instagram usernames, associated Instagram accounts, and previous and current connections with accounts on Meta and third-party websites and mobile apps.

25.    Instagram users can "follow" other users to receive updates about their posts and to gain access that might otherwise be restricted by privacy settings (for example, users can choose whether their posts are visible to anyone or only to their followers). Users can also "block" other users from viewing their posts and searching for their account, "mute" users to avoid seeing their posts, and "restrict" users to hide certain activity and prescreen their comments. Instagram also allows users to create a "close friends list" for targeting certain communications and activities to a subset of followers.

26.    Users have several ways to search for friends and associates to follow on Instagram, such as by allowing Meta to access the contact lists on their devices to identify which contacts are Instagram users. Meta retains this contact data unless deleted by the user and periodically syncs with the user's devices to capture changes and additions. Users can similarly allow Meta to search an associated Facebook account for friends who are also Instagram users. Users can also manually search for friends or associates.

27.    Each Instagram user has a profile page where certain content they create and share ("posts") can be viewed either by the general public or only the

10

user's followers, depending on privacy settings. Users can customize their profile by adding their name, a photo, a short biography ("Bio"), and a website address.

28.     One of Instagram's primary features is the ability to create, edit, share, and interact with photos and short videos. Users can upload photos or videos taken with or stored on their devices, to which they can apply filters and other visual effects, add a caption, enter the usernames of other users ("tag"), or add a location. These appear as posts on the user's profile. Users can remove posts from their profiles by deleting or archiving them. Archived posts can be reposted because, unlike deleted posts, they remain on Meta's servers.

29.     Users can interact with posts by liking them, adding or replying to comments, or sharing them within or outside of Instagram. Users receive notification when they are tagged in a post by its creator or mentioned in a comment (users can "mention" others by adding their username to a comment followed by "@"). An Instagram post created by one user may appear on the profiles or feeds of other users depending on a number of factors, including privacy settings and which users were tagged or mentioned.

30.     An Instagram "story" is similar to a post but can be viewed by other users for only 24 hours. Stories are automatically saved to the creator's "Stories Archive" and remain on Meta's servers unless manually deleted. The usernames of those who viewed a story are visible to the story's creator until 48 hours after the story was posted.

31. Instagram allows users to broadcast live video from their profiles. Viewers can like and add comments to the video while it is live, but the video and any user interactions are removed from Instagram upon completion unless the creator chooses to send the video to IGTV, Instagram's long-form video app.

32. Instagram Direct, Instagram's messaging service, allows users to send private messages to select individuals or groups. These messages may include text, photos, videos, posts, videos, profiles, and other information. Participants to a group conversation can name the group and send invitations to others to join. Instagram users can send individual or group messages with "disappearing" photos or videos that can only be viewed by recipients once or twice, depending on settings. Senders can't view their disappearing messages after they are sent but do have access to each message's status, which indicates whether it was delivered, opened, or replayed, and if the recipient took a screenshot. Instagram Direct also enables users to video chat with each other directly or in groups.

33. Instagram offers services such as Instagram Checkout and Facebook Pay for users to make purchases, donate money, and conduct other financial transactions within the Instagram platform as well as on Facebook and other associated websites and apps. Instagram collects and retains payment information, billing records, and transactional and other information when these services are utilized.

34.    Instagram has a search function which allows users to search for accounts by username, user activity by location, and user activity by hashtag. Hashtags, which are topical words or phrases preceded by a hash sign (#), can be added to posts to make them more easily searchable and can be "followed" to generate related updates from Instagram. Meta retains records of a user's search history and followed hashtags.

35.    Meta collects and retains location information relating to the use of an Instagram account, including user-entered location tags and location information used by Meta to personalize and target advertisements.

36.    Meta uses information it gathers from its platforms and other sources about the demographics, interests, actions, and connections of its users to select and personalize ads, offers, and other sponsored content. Meta maintains related records for Instagram users, including information about their perceived ad topic preferences, interactions with ads, and advertising identifiers. This data can provide insights into a user's identity and activities, and it can also reveal potential sources of additional evidence.

37.    In some cases, Instagram users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

13

38.    For each Instagram user, Meta collects and retains the content and other records described above, sometimes even after it is changed by the user (including usernames, phone numbers, email addresses, full names, privacy settings, email addresses, and profile bios and links).

39.    In my training and experience, evidence of who was using Instagram and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

40.    For example, the stored communications and files connected to an Instagram account may provide direct evidence of the offenses under investigation. Based on my training and experience, [[instant messages, voice messages, photos, videos, and documents]] are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.

41.    In addition, the user's account activity, logs, stored electronic communications, and other data retained by Meta can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, [[messaging logs, photos, and videos (and the data associated with the foregoing, such as date and time)]] may be evidence of

14

who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

42.    Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

43.    Other information connected to the use of Instagram may lead to the discovery of additional evidence. For example, [[associated and linked accounts, stored communications, photos, and videos]] may reveal [[services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators]]. In addition, [[stored communications, contact lists, photos, and videos]] can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

44.    Therefore, Meta's servers are likely to contain stored electronic communications and information concerning subscribers and their use of

Instagram. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

## CONCLUSION

45.    Based on the forgoing, I request that the Court issue the proposed search warrant.

46.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" (including a magistrate of such court) as defined by 18 U.S.C. § 2711, and used in 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A).

47.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Instagram. Because the warrant will be served on Instagram, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Tyler Little Finger, Special Agent
Bureau of Indian Affairs -
Office of Justice Services

Sworn to before me, and subscribed, telephonically, on this <u>14th</u> day of March, 2025, at Sioux Falls, South Dakota.

VERONICA L. DUFFY
United States Magistrate Judge

16

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Search Regarding:    No.:    4:25-mj-62

25-062-04                               **REDACTED ATTACHMENT A**

**Property to Be Searched**

This warrant applies to the contents of information associated with the Meta Platforms, Inc. (Instagram) accounts of █████████████ that are stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., an electronic communications service and/or remote computing service provider headquartered at 1601 Willow Road, Menlo Park, California, 94025.

17

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of a Search Regarding: | No.:    4:25-mj-62 |
| 25-062-04 | **REDACTED ATTACHMENT B** |

### Particular Things to be Seized

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms Inc. including any messages, records, files, logs, or information that have been deleted but are still available to Meta Platforms, Inc, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta Platforms Inc., is required to disclose the following information to the government for each account or identifier listed in Attachment A: ██████████████████████████████████ :





[redacted]

[redacted]

[redacted]

**I. Information to be seized by the government**

All information described above in Section I constitutes fruits, contraband, evidence or instrumentalities of violations of [redacted].

**II. Method of Delivery**

Items seized pursuant to this search warrant can be served by sending, on any digital media device, to the Special Agent designated on the fax cover sheet located at the address 2026 Samco Rd. Ste. 103, Rapid City, SD 57702 using the US Postal Service or another courier service or electronic means notwithstanding [redacted].